# UNITED STATES DISTRICT COURT
for the

District of Maryland

FILED ENTERED
LOGGED RECEIVED

MAR 11 2020

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| United States of America<br>v.<br>Christina Y. Robinson<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br>**20 - 0822 BPG** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __approx. Feb. 2019 to Sept. 2019__ in the county of __Baltimore City and County__ in the
_____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1701 | Obstruction of Mail |

This criminal complaint is based on these facts:
See the attached Statement of Probable Cause.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Steven M. Mason, Special Agent, USPS OIG
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3-11-20

_____
*Judge's signature*

City and state: Baltimore, Maryland

Hon. Beth P. Gesner
*Printed name and title*

**PROBABLE CAUSE STATEMENT**

I, Steven M. Mason, Special Agent, United States Postal Service- Office of Inspector General (USPS OIG), Baltimore, MD being duly sworn, hereby depose and state the following:

1. I am a Special Agent, United States Postal Service (Postal Service), Office of Inspector General (OIG) and have been so employed for the past 15 years. Prior to joining the Postal OIG, I was a Police Office at the National Security Agency for approximately two years. I am currently assigned to investigate Postal employees involved in the theft and /or obstruction of U.S. Mail, and have been in this assignment for about 15 years. I have attended a one-week Internal Mail Theft Investigation Training Course given by the Postal Service OIG. I have also completed the Criminal Investigation Training Course at the Federal Law Enforcement Training Center (FLETC).

## Probable Cause

1. On February 14, 2019, the Postal Service OIG received information from Postal Service customer, Germaine Turiano. She stated she mailed a $125 Amazon gift card to her son-in-law who resides in Baltimore, MD 21214. Turiano contacted the Postal Service after she heard that the Amazon gift card did not arrive to intended recipient. Turiano contacted Amazon about the missing gift card and they informed her that the gift card had been redeemed by a Christina Robinson. Postal management at the Parkville Branch stated to the Postal Service OIG that they have a carrier technician (T-6) named Christina Robinson.

2. Special Agent (SA) Steven Mason, Postal Service OIG, caused to be placed a first-class greeting card containing a $10.00 Target gift card (041-204-958-512-955) to be processed by Robinson on April 2, 2019. The greeting card was mailed to an undeliverable address and should have been returned to sender. The Target gift card was redeemed on April 25, 2019 and June 2, 2019.

3. On April 17, 2019, SA Mason caused to be /placed 8mm by/ a first-class greeting card containing a $10 Walmart gift card (6098-6431-4249-3663) to be processed on April 17, 2019. The greeting card was mailed to an undeliverable address and was returned to sender on July 1, 2019. The greeting card was rifled open and did not contain the Walmart gift card (6098-6431-4249-3663). SA Mason checked the balance on the gift card and found it had been redeemed on April 25, 2019.

4. On July 5, 2019, SA Mason received the transaction receipts for April 25, 2019 and June 2, 2019 from Target asset protection. Target also provided a photo of the person who redeemed the Target gift card (041-204-958-512-955) on June 2, 2019. SA Mason requested Postal Service management at the Parkville Branch to review the photo and they identified the person in the photo as Robinson.

   *card 5mm by, to 5mm by*

5. On July 11, 2019, Darla Albers, customer, submitted mail theft complaint to the Postal Service OIG Hotline. The complaint was referring of two $25 Cracker Barrel gift cards (3086-3992-0904-0292-775 & 3086-3993-0904-0206-106) that were inside a greeting being mailed to Colorado Springs, CO. Albers mailed the greeting card inside the Parkville Branch on July 1, 2019. Albers learned that the gift cards were never received by the intended recipient. [Albers redeemed at Cracker Barrel located in Linthicum Heights, MD.] *Robinson 5mm by*

6. On July 15, 2019, SA Mason requested gift card information from Cracker Barrel Loss Prevention Cracker Barrel Loss Prevention provided surveillance video for July 2, 2019 at the Cracker Barrel located in Linthicum Heights, MD. Loss prevention provided copies of the gift card transactions which occurred on July 2, 2019 at 3:42 pm.

7. SA Mason reviewed the surveillance video from July 2, 2019 at the Cracker Barrel in Linthicum Heights, MD. SA Mason reviewed the surveillance video at 3:42 pm, which showed a black female with red hair redeeming the gift cards. SA Mason showed surveillance video to Postal Service management of the Parkville Branch and they identified the black female with red hair as Robinson.

8. On July 31, 2019, SA Mason caused to be placed a first-class greeting card containing a $10.00 Target gift card (041-212-923-877-619) to be processed by Robinson on August 1, 2019. The greeting card was mailed to an undeliverable address and should have been returned to sender. The Target gift card was redeemed on August 10, 2019.

   *10 5mm by*

9. On August 23, 2019, SA Mason received the transaction receipt of the Target gift card (041-21-2-923-877-619) being redeemed on August ~~~, 2019 and a photo of the person redeeming the gift card from Target Asset Protection. On August 26, 2019, SA Mason had Postal Service management from the Parkville Branch to review the photo and they identified the person as Robinson.

10. On September 5, 2019, Postal Service OIG Agents interviewed Robinson at the Parkville Branch. Robinson admitted to rifling through first-class mail and taking gift cards and cash since Christmas 2018 to September 5, 2019.

Robinson admitted to taking SA Mason's gift cards from April 2, 2019, and August 1, 2019. She also admitted to stealing the two Cracker Barrel gift cards and redeeming them at the Cracker Barrel located in Linthicum Heights. Robinson said she estimated going through ten mail pieces per week. She said, "almost every day going through it."

11. On September 5, 2019, Postal Service OIG Agents collected Robinson's purse, lunch bag and Postal Service satchel from her assigned delivery vehicle. Robinson gave agents consent to search all three bags. Agents found 8 gift cards inside Robinson's purse. Robinson admitted she stole these gift cards from the mail. Agents searched Robinson's lunch bag and found one gift card which Robinson admitted she stole from the mail. Agents searched Robinson's Postal Service satchel and found ten rifled first-class letters. Robinson admitted to opening the 10 first-class letters.

12. In conclusion, it should be noted that Robinson had been working for the Postal Service since 2009 and resigned from the Postal Service on November 7, 2019. Her assignment as a letter carrier does in no way authorized her to open and steal contents from mail not addressed to her.  *SMM*

I do solemnly declare and affirm under penalty of perjury that the contents of the foregoing documents are true and correct to the best of my knowledge, information and belief.

_____
Steven M. Mason
United States Postal Service
Office of Inspector General

Subscribed to and sworn before me this 11th day of March 2020.

_____
U.S. Magistrate Judge
BETH P. GESNER